FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-3339
LT Case No. 2003-CF-1001-A

_____

SYLVESTER ANDREWS,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Sylvester Andrews, Jasper, pro se.

No Appearance for Respondent.


April 4, 2025


PER CURIAM.

   This Court earlier dismissed Petitioner's petition for writ of habeas corpus stemming from Putnam County Circuit Court Case No. 2003-CF-1001-A. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Putnam County Circuit Court Case No. 2003-CF-1001-A may result in sanctions

such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

EDWARDS, C.J, and HARRIS and SOUD, JJ., concur.